Bankruptcy Case No. 11-37790-DOT

Adversary Proceeding Case No. 13-03252-DOT

## CERTIFICATE OF SERVICE

I, ____Aaron L. Casagrande, Esquire____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ____December 19, 2013____ (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:
Ted W. Hussar, Registered Agent for K.W. Smith & Son, Inc., 7215 Poplar Street, Annandale, VA 22003

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

____12/23/13____   ____Aaron Casagrande____
Date                                            Signature

| Print Name | Aaron L. Casagrande, Esquire |
| | Whiteford, Taylor & Preston L.L.P. |
| Business Address | Seven Saint Paul Street |
| | Baltimore, Maryland 21202-1636 |
| City | State    Zip |